IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP - 5 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:19CR738 ERW/JMB |
| vs. ) | |
| ) | |
| TOMMIE NGUYEN, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Edward L. Dowd, III, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g).

2. Pursuant to police reports, defendant was pulled over for a traffic violation. After officers inquired into defendant's background which revealed warrants for his arrest, defendant was arrested. Defendant stated that he had a gun under his seat. Officers retrieved the firearm. Defendant later made statements that he knew the gun was in the car, that he knew he was a prior felon, and that he was the only person in the vehicle.

3. Defendant has multiple prior convictions:

4/21/2014 Unlawful Use of a Weapon, Case # 1322CR0603301, 4 yr. SIS, revoked

11/3/2015 Domestic Assault 2nd, Case # 1522CR0253401, 4 yrs.

4. Pursuant to Title 18, United States Code, Section 3142(g),

(a) the weight of the evidence against defendant;

(b) defendant's criminal history and characteristics of the offense; and

(c) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release warrant defendant's detention pending trial.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s Edward L. Dowd, III*
EDWARD L. DOWD III #61909MO
ASSISTANT UNITED STATES ATTORNEY